# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRITT L. HANSON, ) | |
| ) | Case No. 8:06-CV-762 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| AUDIT SYSTEMS, INC., U.S. BANK ) | |
| N.A., and MIDWEST ASSET ) | |
| CONTROL, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Plaintiff's Motion to for additional time to file her response to U.S. Bank N.A.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

Having reviewed the Plaintiff's Motion, the Court finds that the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 9) is granted;

2. The Plaintiff shall file her brief in opposition to U.S. Bank's motion to dismiss on or before February 20, 2007.

Dated this 16th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge