IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRITT L. HANSON, | ) | CASE NO. 8:06CV762 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF |
| | ) | PARTIAL DISMISSAL |
| AUDIT SYSTEMS, Inc., US BANK, N.A.,, and MIDWEST ASSET CONTROL, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Notice of Dismissal filed by the Plaintiff as against Defendant Midwest Asset Control, Inc. (Filing No. 11). I find that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I). Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 11) is approved;

2. All claims against Midwest Asset Control, Inc. are dismissed with prejudice;

3. Defendant Midwest Asset Control, Inc. shall be removed from the caption of this case; and

4. Midwest Asset Control, Inc shall bear its own costs and fees.

DATED this 29th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge