## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRITT L. HANSON, | ) |
| | ) Case No. 8:06-CV-762 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER OF |
| | ) PARTIAL DISMISSAL |
| AUDIT SYSTEMS, INC., and | ) |
| U.S. BANK N.A., | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the Plaintiff's Notice of Dismissal. The Plaintiff has notified the Court of her intention to dismiss the case against Audit Systems, Inc., only, with prejudice. Defendant Audit Systems, Inc, was served with a summons and complaint on January 4, 2007, but it has not yet answered. Accordingly, I find that notice should be approved, and Audit Systems, Inc. dismissed.

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 14) is approved;

2. Defendant Audit Systems, Inc. is dismissed with prejudice; and

3. The case shall proceed against the sole remaining defendant, U.S. Bank N.A.

Dated this 21st day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge