IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRITT L. HANSON, ) | |
| ) | Case No. 8:06-CV-762 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| AUDIT SYSTEMS, INC., and ) | |
| U.S. BANK N.A., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Joint Stipulation for additional time for the Plaintiff to file her response to U.S. Bank N.A.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  The Court, having reviewed the Stipulation (Document No.13), finds that the motion should be granted.

IT IS ORDERED:

1. The Joint Stipulation for Additional Time (Filing No. 13) is granted; and

2. The Plaintiff shall file her response to U.S. Bank's motion to dismiss on or before March 12, 2007.

Dated this 21st day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge