## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRITT L. HANSON,** | ) | Case No. 8:06CV762 |
| **Plaintiff,** | ) ) | |
| V. | ) ) | ORDER OF DISMISSAL |
| **US BANK, N.A.,,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal of the sole remaining Defendant, US Bank, N.A. (Filing No. 17). The Defendant has been served and has filed a motion to dismiss. Even though a Notice, rather than a stipulation, has been filed, I conclude that the notice addresses the matters set forth In Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 17) is approved;

2. The Complaint and all claims against US Bank are dismissed with prejudice;

3. Unless otherwise agreed by and between them in writing, as between Plaintiff and US Bank, they shall pay their own costs and attorney's fee; and

4. The Clerk will terminate this case for statistical purposes.

DATED this 5th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge